# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00027-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ORLANDO RAMIREZ-FIGUEROA, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 64].

Upon review of the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 64] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as it relates to the Defendant Orlando Ramirez-Figueroa only, is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: January 7, 2019

Martin Reidinger
United States District Judge